## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**EMMERICH NEWSPAPERS, INCORPORATED**                                       **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO. 3:23-CV-26 TSL-MTP**

**PARTICLE MEDIA, INC.**                                                            **DEFENDANT**

### CONSOLIDATED WITH

**EMMERICH NEWSPAPERS, INCORPORATED**                                         **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO. 3:23-CV-391 TSL-MTP**

**PARTICLE MEDIA, INC.**                                                            **DEFENDANT**

### JOINT MOTION TO EXTEND CERTAIN RESPONSE DEADLINES

      Plaintiff Emmerich Newspapers, Inc. and Defendant Particle Media, Inc. submit this joint motion for an extension of time for the parties to file their responses and replies to dispositive and *Daubert* motions, and in support would show as follows:

      1.      On July 9, 2024, the Court granted the parties' *ore tenus* motion for a one week extension of the deadline for filing *Daubert* and dispositive motions from July 15, 2024 to July 22, 2024. [Dkt. 161].

      2.      Under the Uniform Local Rules, the parties' responses to such motions would be due fourteen days after they are filed.

      3.      In order to have adequate time to prepare their responses, the parties respectfully request an extension of the response deadline by seven days, to 21 days after such motions are filed.

4. Under the Uniform Local Rules, the parties' replies in support of their *Daubert* and dispositive motions would be seven days after the responses are filed.

5. In order to have adequate time to prepare their replies, the parties respectfully request an extension of the reply deadline by three days, to ten days after the responses are filed.

6. Counsel for Emmerich Newspapers, Inc. and Particle Media, Inc. file this matter jointly and support the relief requested.

7. Given the simple nature of the relief sought in this motion, the parties respectfully request that they be excused from the requirement to file a supporting memorandum of authorities under Uniform Local Rule 7(b)(4).

WHEREFORE, Plaintiff Emmerich Newspapers, Inc. and Defendant Particle Media, Inc. respectfully request that they be granted an extension of time to file their respective responses to *Daubert* and dispositive motions through and including August 12, 2024, and to set the parties' deadlines for a reply to be through and including August 22, 2024.

Respectfully submitted, this the 11th day of July, 2024.

>                          Respectfully submitted,
>                          **PARTICLE MEDIA, INC.**
>
>                     By:   s/ *Stephen J. Carmody*
>                          One of its Attorneys

OF COUNSEL:

Stephen J. Carmody, MSB #8345
Karen E. Howell, MSB #102243
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone:    (601) 948-3101
Facsimile:    (601) 960-6902
scarmody@brunini.com
khowell@brunini.com

        Respectfully submitted,
        **EMMERICH NEWSPAPERS, INC.**

By:    s/ *Wilson Carroll*
        Its Attorneys

OF COUNSEL:

Wilson H. Carroll
WILSON CARROLL, PLLC
2506 CHERRY STREET
VICKSBURG, MS 39180
601-953-6579
wilson@wilsoncarroll.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing with the Clerk of this Court using the ECF system, which sent notification of such filing to all registered users.

      Dated: July 11, 2024.

*s/ Stephen J. Carmody*
Stephen J. Carmody
