# United States Court of Appeals
# for the Fifth Circuit

---

No. 25-60550

---

Emmerich Newspapers, Incorporated,

*Plaintiff—Appellant*,

versus

Particle Media, Incorporated, *doing business as* Newsbreak,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:23-CV-26

---

ORDER:

    IT IS ORDERED that Appellee's unopposed motion to view and obtain sealed documents is GRANTED.

*Leslie H. Southwick*

---

Leslie H. Southwick
*United States Circuit Judge*